JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet** — **U.S. District Court - District of Massachusetts**

**Place of Offense:**   **Category No.** III   **Investigating Agency** IRS/ MIFB

**City** BOXFORD

**County** ESSEX COUNTY

**Related Case Information:**
Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: ANTHONY CATALANO   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: N/A

Address: (City & State) BOXFORD, MA 01921

Birth date (Yr only): 1971   SSN (last4#): 3210   Sex: M   Race: W   Nationality: USA

**Defense Counsel if known:** STEPHEN G. HUGGARD   Address: 101 ARCH STREET

**Bar Number:** _____   8th FLOOR, BOSTON, MA 02110

**U.S. Attorney Information:**

AUSA: VICTOR A. WILD   Bar Number if applicable: 543148

**Interpreter:** ☐ Yes ☑ No   List language and/or dialect: N/A

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested   ☑ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:** ☐ Complaint   ☑ Information   ☐ Indictment

**Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ☑ Felony  3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: September 5, 2023   Signature of AUSA: /s/ Victor A. Wild

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     ANTHONY CATALANO

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 26 U.S.C. § 7202 | Failure to Collect, Report, Pay Over Taxes | 1, 2 |
| Set 2 | 18 U.S.C. § 1341 | Mail Fraud | 3 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013