UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | |
| | : | 23-CR-10240-FDS |
| | : | |
| ANTHONY CATALANO, | : | |
| Defendant. | : | |

NOTICE OF DEATH

Defendant Anthony Catalano died this morning while in the custody of the Bureau of Prisons. His scheduled release date was July 26, 2024.

Respectfully submitted,

/s/ Stephen G. Huggard
Stephen G. Huggard (BBO#622699)
stevehuggard@huggardlaw.com
HUGGARD LAW LLC
101 Arch Street, 8th Floor
Boston, Massachusetts 02110
(617) 875-2622

Certificate of Service

I, Stephen G. Huggard, hereby certify that, pursuant to Local Rule 5.2(b)(2), on this 21st day of July 2024, the foregoing document was sent by electronic mail to counsel of record.

/s/Stephen G. Huggard