**U.S. Department of Justice**

Federal Bureau of Prisons

Federal Medical Center, Devens

P.O. Box 880
Ayer, MA 01432

July 23, 2024

The Honorable F. Dennis Saylor IV
Chief United States District Judge
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

RE: Catalano, Anthony
    Register Number: 83168-510
    Docket Number: 1:23-CR-10240-FDS

Dear Chief Judge Saylor IV:

I am writing to advise you of the death of Anthony Catalano, who was confined at the Federal Medical Center (FMC) Devens, located in Devens, Massachusetts. Mr. Catalano died on July 21, 2024, at Tufts Medical Center.

Mr. Catalano was sentenced in your Court on January 16, 2024, to a term of 6 months of imprisonment followed by 3 years of supervised release for Failure to Collect and Pay Over Taxes; and Mail Fraud. He arrived at FMC Devens on February 27, 2024, and was scheduled to be released on July 21, 2024, via First Step Act Release.

Mr. Catalano was a 53-year-old white male, medical care level 3, with past medical history OUD, heart failure, peripheral neuropathy, cirrhosis, and hepatitis C. He was sent to Nashoba Valley Medical Center ER on July 4, 2024 for shortness of breath and hypoxia. He was later transferred to St. Elizabeth's Medical Center and placed in the ICU for possible sepsis. On July 21, 2024, at approximately 6:00 am, the FMC Devens Lieutenant's Office received a call from Lieutenant Roberts from Tufts Medical Center Police Department. Specifically, Lieutenant Roberts was reporting that Anthony Catalano was emergently transferred to Tufts Medical Center from St. Elizabeth's Hospital due to his deteriorating health status. Mr. Catalano was pronounced deceased at 2:47 a.m. on July 4, 2024, from hemorrhagic shock, and cirrhosis. The Medical Examiner's Office was notified and accepted the case.

We have notified the appropriate agencies. If further information is needed, please do not hesitate to contact me at (978)796-1000.

Sincerely,

E. J. Bowers
Warden

CC: Amy Boncher, Northeast Regional Director
    Joshua S. Levy, Acting United States Attorney, District of Massachusetts
    Ricardo R. Carter, Chief United States Probation Officer, District of Massachusetts